IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID LYNCH, #81587                                          PETITIONER

VERSUS                              CIVIL ACTION NO. 4:09cv77TSL-LRA

WARDEN HOLMAN                                                RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to exhaust his available state court remedies.

SO ORDERED AND ADJUDGED, this the  7th  day of July, 2009.

/s/Tom S. Lee

UNITED STATES DISTRICT JUDGE